No. 42565.—Protests 673832–G, etc., of Wm. Adams Inc. et al.   (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 25, 1939

No. 42566.—Protest 995047–G of E. W. C. Toepfer (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of harmonicas similar to those the subject of Abstract 40586.   The claim at 40 percent under paragraph 1541 was therefore sustained.

No. 42567.—Protests 979244–G, etc., of Spors Importing Co. (Minneapolis).

Opinion by EVANS, J.   Opera glasses similar to those passed upon in *Woolworth* v. *United States* (C. D. 74) were held dutiable at 35 percent under paragraph 228 (b) in accordance with stipulation of counsel.

No. 42568.—Protest 968632–G of M. Pressner & Co. (New York).

Opinion by EVANS, J.   It was stipulated that the wooden cabinets in question are similar to those the subject of Abstract 37636.   The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 42569.—Protests 935826–G, etc., of Dan Brechner & Co. (New York).

Opinion by EVANS, J.   Rubber balloons like those the subject of Abstract 40493 were held dutiable at 45 percent under paragraph 409 in accordance with stipulation of counsel.

BEFORE THE SECOND DIVISION, OCTOBER 25, 1939

No. 42570.—Protests 943830–G, etc., of Stewart & Co. et al. (Baltimore and Buffalo).

Opinion by KINCHELOE, J.   On the records presented the protests were overruled.

No. 42571.—Protests 971619–G, etc., of E. Leitz, Inc., et al. (New York).

Opinion by DALLINGER, J.   On the agreed facts the cameras and parts in question were held dutiable at 20 percent under paragraph 1551.   *United States* v. *Leitz* (24 C. C. P. A. 139, T. D. 48622) and *United States* v. *Zeiss* (id. 145, T. D. 48624) followed.